# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KEITH LONDON,**
        **Plaintiff,**

    v.                                                Case No. 14-CV-0445

**JEFFREY M. GABRYSIAK,**
**GREGORY SCHULER,**
**KATIE WILSON, and**
**ANTHONY A. OWENS, JR.,**
        **Defendants,**

## DECISION AND ORDER

Plaintiff, Keith London, a prisoner at all relevant times, filed a notice of appeal on October 27, 2014. On December 29, 2014, I denied plaintiff's motion for leave to proceed in forma pauperis on appeal and directed plaintiff to remit $505.00 by January 12, 2015. See Newlin v. Helman, 123 F.3d 429, 434 (7th Cir. 1997), rev'd on other grounds by, Walker v. O'Brien, 216 F.3d 626 (7th Cir. 2000) and Lee v. Clinton, 209 F.3d 1025 (7th Cir. 2000). Plaintiff failed to do so, and the United States Court of Appeals for the Seventh Circuit dismissed his case on February 6, 2015. I must now collect the outstanding fees by the procedures outlined in 28 U.S.C. §1915(b). Newlin, 123 F.3d at 434.

**THEREFORE, IT IS ORDERED** that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from plaintiff's prison trust account the $505.00 balance of the filing fee by collecting monthly payments from plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the

account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and numbers assigned to this action.

**IT IS ALSO ORDERED** that copies of this order be sent to the warden of the institution where the inmate is confined and to PLRA Attorney, United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Rm. 2722, Chicago, Illinois 60604.

Dated at Milwaukee, Wisconsin, this 11th day of February, 2015.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge